IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BENEFICIENT and BRAD HEPPNER,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ALEXANDER GLADSTONE,<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§  Case No. 6:23-cv-376-JDK<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER EXTENDING TIME TO ANSWER**

Before the Court is Defendant Alexander Gladstone's unopposed application for a thirteen-day extension of time to answer the complaint.  Docket No. 30.

Under Local Rule CV-12, a party may request to extend the answer deadline by application to the clerk rather than a motion when the request is not opposed and does not extend the answer deadline by more than forty-five days.  Here, Defendant has already requested and received a forty-five-day extension of the answer deadline. *See* Docket No 8.  Accordingly, Local Rule CV-12 no longer applies, and the Court will construe Defendant's filing as an unopposed motion for an extension of the answer deadline.

Pursuant to Federal Rule of Civil Procedure 12(a)(4), a responsive pleading must be served within fourteen days after the Court denies a motion to dismiss.  The Court denied Defendant's motion to dismiss on May 22, 2024, making Defendant's

1

answer due June 5, 2024. Defendant requests an additional thirteen days to answer—to June 18, 2024. Docket No. 30.

The Court **GRANTS** the motion. Defendant's deadline to answer Plaintiff's complaint in this case is extended to June 18, 2024.

**So ordered and signed on this**
**May 29, 2024**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2