# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BENEFICIENT and BRAD HEPPNER, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil No. 6:23-CV-00376 ) ) |
| ALEXANDER GLADSTONE, | ) ) |
| Defendant. | ) ) ) |

## ORDER

The Unopposed Motion for Extension of Time to Serve Initial Disclosures file by Plaintiffs Beneficient and Brad Heppner having come before this Court and good cause having been shown,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion is GRANTED, and

**IT IS FURTHER ORDERED** that each party shall provide their Initial Disclosures by July 19, 2024.

So **ORDERED** and **SIGNED** this **15th** day of **July, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE