IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BENEFICIENT and BRAD HEPPNER, § § § § | |
| Plaintiffs, § § | |
| v. § § | Case No. 6:23-cv-376-JDK |
| ALEXANDER GLADSTONE, § § § | |
| Defendant. § § § | |

**ORDER DENYING JOINT MOTION TO STAY DISCOVERY
AND ADJOURN TRIAL DATE**

Before the Court is the parties' joint motion to stay discovery pending resolution of any motion that Defendant Dow Jones & Company may file in response to Plaintiffs Beneficient and Brad Heppner's amended complaint. Docket No. 59. The parties note that Dow Jones's deadline to respond to Plaintiffs' amended complaint is November 8, 2024, and seek to conserve resources by focusing on any potentially dispositive motion before proceeding with discovery.

But this case has been pending for more than thirteen months. And the current schedule provides almost a year before discovery closes and more than eighteen months before trial. Docket No. 35. Given the timeline and the stage of the proceedings, the Court finds that the parties have not shown good cause for an indefinite stay. Accordingly, the Court **DENIES** the motion.

So **ORDERED** and **SIGNED** this **9th** day of **September, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE