## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BENEFICIENT *and* BRAD HEPPNER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 6:23-CV-00376-JDK |
| | § | |
| ALEXANDER GLADSTONE *and* DOW JONES & CO., INC., | § | |
| | § | |
| Defendants. | § | |

### ORDER

The Court hereby **GRANTS** the Consent Motion to Withdraw as Counsel filed by Theresa House, Ryan Hartman, and Devin Adams, of Arnold & Porter Kaye Scholer LLP, and Otis W. Carroll, Jr. and Mandy Carroll Nelson, of Carroll Maloney Henry & Nelson PLLC. Accordingly, those individuals are hereby terminated as counsel of record.

So **ORDERED** and **SIGNED** this **15th** day of October, 2024.

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE