# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BENEFICIENT and BRAD HEPPNER,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDER GLADSTONE and DOW JONES & CO., INC.,<br><br>Defendants. | Civil Action No.: 6:23-cv-00376-JDK<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

Before the Court is Defendant Dow Jones & Co., Inc.'s Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) For Failure to State a Claim ("Motion"). Having reviewed the Motion and related briefing, the Court is of the opinion that it should be **GRANTED**. It is therefore

**ORDERED** that Plaintiffs' claims against Defendant Dow Jones & Co., Inc. are **DISMISSED WITH PREJUDICE**.