# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BENEFICIENT and BRAD HEPPNER,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEXANDER GLADSTONE and DOW JONES & CO., INC.,<br><br>    Defendants. | Civil Action No.: 6:23-cv-00376-JDK<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Beneficient and Brad Heppner and Defendants Alexander Gladstone and Dow Jones & Co., Inc., jointly move to voluntarily dismiss Plaintiffs' claims against the above-listed Defendants with prejudice, with each party to bear its own costs.

| | |
|---|---|
| Dated:  January 21, 2025 | Respectfully submitted, |

*Counsel for Plaintiffs Beneficient and Brad Heppner*

*/s/ Andrew W. Stinson (w/permission)*
Mitchell J. Langberg (*pro hac vice*)
Travis F. Chance (*pro hac vice*)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600 Las Vegas, NV 89106
Telephone: 702-382-2101
Facsimile: 702-382-8135
mlangberg@bhfs.com
tchance@bhfs.com

Andrew W. Stinson
Texas Bar No. 24028013
RAMEY & FLOCK, PC
100 E. Ferguson Street, Suite 500
Tyler, TX 75702
903-597-3301
andys@rameyflock.com

*Counsel for Defendants Alexander Gladstone and Dow Jones & Co., Inc.*

*/s/ Gerson A. Zweifach*
Gerson A. Zweifach (*pro hac vice*)
Joseph M. Terry (*pro hac vice*)
Nicholas G. Gamse (*pro hac vice*)
Shauna M. Kramer (*pro hac vice*)
Alexandra M. Gutierrez (*pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
gzweifach@wc.com

Jennifer H. Doan (Texas Bar No. 08809050)
Joshua R. Thane (Texas Bar No. 24060713)
Haleigh Hashem (Texas Bar No. 24142230)
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
jdoan@haltomdoan.com
jthane@haltomdoan.com
hhashem@haltomdoan.com

**JOINT MOTION FOR VOLUNTARY DISMISSAL** – Page 2

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on January 21, 2025.

>    */s/ Jennifer H. Doan*
>    Jennifer H. Doan

## CERTIFICATE OF CONFERENCE

The undersigned certifies that pursuant to Local Rule CV-7(h), counsel for Defendants conferred with counsel for Plaintiffs on January 20, 2025. All Parties agree to the filing of this joint motion.

>    */s/ Jennifer H. Doan*
>    Jennifer H. Doan