IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BENEFICIENT and BRAD HEPPNER, § § § § | |
| Plaintiffs, § § | Case No. 6:23-cv-376-JDK |
| v. § § | |
| ALEXANDER GLADSTONE and DOW JONES & CO., INC., § § § § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Before the Court is the parties' joint motion for dismissal with prejudice. Docket No. 81. Pursuant to the parties' motion and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all pending claims in this case are **DISMISSED** with prejudice. Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **22nd** day of **January, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE